CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 15 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT PHAROAH HOWARD, | ) |
| Plaintiff, | ) Case No. 7:11CV00103 |
| v. | ) |
| | ) ORDER |
| TONYA PHILLIPS, ET AL., | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion for interlocutory injunctive relief (ECF No. 3) is **DENIED**. By separate order, the action will be conditionally filed and stayed, pending plaintiff's preparation of an amended complaint in compliance with Fed. R. Civ. P. 10.

ENTER: This 14th day of March, 2011.

_____
Chief United States District Judge