CLERK'S OFFICE U.S DIST. COURT
AT ROANOKE, VA
FILED

APR 13 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ROBERT PHAROAH HOWARD, | ) |
| Plaintiff, | ) Case No. 7:11CV00103 |
| v. | ) |
| | ) **FINAL ORDER** |
| TONYA PHILLIPS, ET AL., | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action as amended is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §§ 1367(c) and 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 13th day of April, 2011.

_____
Chief United States District Judge